# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL OWENS, Individually and on behalf of all others similarly situated,

    Plaintiffs,

    v.

INTERSTATE SAFETY SERVICE, Inc.,

    Defendant.

NO. 3:17-CV-0017

(JUDGE CAPUTO)

## ORDER

**NOW**, this 21st day of November, 2017, upon consideration of the Joint Motion by the Parties Seeking Court Approval of Collective Action Settlement (Doc. 15) and the Unopposed Motion for Approval and Award of Attorney's Fees and Costs (Doc. 18), **IT IS HEREBY ORDERED** that:

(1) The Joint Motion (Doc. 15) is **GRANTED**, and the accompanying settlement agreement is **APPROVED** as a fair and reasonable resolution of this action under the Fair Labor Standards Act ("FLSA").

(2) The following class is certified, for settlement purposes only, pursuant to Section 16(b) of the FLSA:

> All individuals employed by Defendant within the Collective Class Period whose work involved travel to remote job locations and who may not have been paid all compensation/overtime due for certain alleged hours worked (specifically certain travel time and related waiting time) in violation of the FLSA.

(3) The Parties shall proceed and provide the Notice to the Class Members in accordance with the terms of the settlement agreement.

(4) The opt-in period for this matter shall conclude thirty (30) days from the date on which the Opt-In Forms and Notices are mailed to the Class Members, as confirmed by the postmark on the return envelopes.

(5) The law firm of Franko Law Offices, PLLC is appointed as counsel to represent Plaintiff and all opt-ins and settlement participants during any and all further proceedings to the settlement.

(6) All Participating Settlement Class Members, including the Named Plaintiff, are permanently barred from prosecuting any of the Released Claims against any Released Entities, as those terms are defined in the settlement agreement.

(7) The Unopposed Motion for Approval and Award of Attorney's Fees (Doc. 18) is **GRANTED**.

(8) Class Counsel is awarded attorney's fees in the amount of $32,000.00 as final payment for and complete satisfaction of any and all attorney's fees due and owed to Class Counsel. The payment of fees to Class Counsel shall be paid from the Global Settlement Account in accordance with the terms of the settlement agreement.

(9) Class Counsel is awarded reimbursement of litigation costs and expenses in the amount of $1,000.00 to be paid from the Global Settlement Account in accordance with the terms of the settlement agreement.

(10) The action is **DISMISSED with prejudice**, although jurisdiction is retained over this action for purposes of overseeing any disputes arising from the implementation, administration, or enforcement of the settlement terms, including any relating to the award of attorney's fees and costs.

(11) The Clerk of Court is directed to mark the case as **CLOSED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge